[Nos. 9199–9–I; 9210–3–I. Division One. June 15, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE ALLAN, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 54884, 71201, Shannon Wetherall, J., entered August 8 and July 18, 1980. *Reversed* and *remanded* by

unpublished per curiam opinion.